**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                            **Case No. 3:25-cr-210/TKW**

**SCOTT ROBINSON,**

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, SCOTT ROBINSON**,** to lesser included offense of drug adulteration as to Counts One and Two of the indictment is hereby **ACCEPTED**.

All parties will appear before this Court for sentencing as directed.  The Clerk shall re-notice the VOSR hearing in the related Case No. 3:23-cr-67 for the same date/time as the sentencing hearing in this case.

**DONE AND ORDERED** this 2nd day of March, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**